43509. GADDIS et al. v. MOSS.

EBERHARDT, Judge. 1. The Civil and Criminal Court of Cobb County has jurisdiction of trover actions. Ga. L. 1964, p. 3211, § 2, as amended by Ga. L. 1965, p. 3313.
2. The Civil and Criminal Court of Cobb County having jurisdiction of the subject matter of a counter claim in a trover action, a contention in the brief that judgment on the coun-

ter claim is "null and void" because it sought to interpose a contract claim in the tort action presents nothing for decision where the question is raised for the first time in this court, even assuming that under the Civil Practice Act a contract claim cannot be asserted in a counter claim to a trover action. *Taylor v. R. O. A. Motors, Inc.,* 114 Ga. App. 671 (3a) (152 SE2d 631). And compare cases such as *Wilkes v. Sheppard,* 104 Ga. App. 710, 711 (2) (122 SE2d 534) with CPA § 13 (*Code Ann.* § 81A-113).

Judgment affirmed. *Felton, C. J., and Whitman, J., concur.*

SUBMITTED MARCH 4, 1968—DECIDED MAY 24, 1968.

*Doyle C. Brown, Albert L. Bagby, Jr., L. S. Cobb,* for appellants.

*G. Robert Howard,* for appellee.